IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
AUG - 8 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

DOLLAR TREE STORES, INC., *et al.*,

    Plaintiffs,

vs.                                                    Civil Action No.: 2:14CV400

CRUM AND FORSTER SPECIALTY
INSURANCE COMPANY, *et al.*

    Defendants.

## DOLLAR TREE STORES, INC.'S RULE 7.1 STATEMENT OF CORPORATE AND FINANCIAL INTEREST

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

    Dollar Tree Stores, Inc. and Greenbrier International, Inc. are wholly owned subsidiaries of Dollar Tree, Inc., which is a publicly traded company.

Respectfully Submitted,

DOLLAR TREE STORES, INC.

BY: _____
           Counsel

David L. Dayton, Esquire (VSB #31177)
Randall C. Lenhart, Jr., Esquire (VSB# 71207)
Kalbaugh, Pfund & Messersmith, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 – Facsimile
david.dayton@kpmlaw.com
randall.lenhart@kpmlaw.com
*Counsel for Plaintiffs*